Case: 1:23−mj−00057
Assigned To : Harvey, G. Michael
Assign. Date : 3/10/2023
Description: Complaint W/ Arrest Warrant

**STATEMENT OF FACTS**

On Friday, May 13, 2022, at approximately 10:47pm, ShotSpotter alerted to the sounds of four gunshots in the rear of 1211 Raum Street, NE, Washington, D.C. Members of the Metropolitan Police Department ("MPD") responded to the scene and located an unconscious female, VICTIM-1 (later identified as Christine Chase), with multiple gunshots to the body. DCFEMS personnel found no signs consistent with life and pronounced VICTIM-1 dead at 11:00pm.

Apparent blood spatter was located in the middle of the alley and along the rear fence of 1211 Raum Street NE. Three spent cartridge casings – two WIN. 9mm Luger and one PMC 9mm Luger – were recovered relatively close to VICTIM-1's body.

A forensic autopsy performed on May 15, 2022, determined that the cause of VICTIM-1's death was from multiple gunshot wounds and that the manner of death was a homicide. Specifically, the examiner noted an elongated and irregular graze gunshot wound on the right chin that traveled through the chin and into the front neck area and into VICTIM-1's body. The bullet path was right to left, downward and backward and perforated the trachea, pericardium, base of the heart, aortic arch, diaphragm, and loops of bowel and spleen. The bullet came to rest on the soft tissues of the left back from where it was recovered from the pericardial sac. VICTIM-1 suffered a second gunshot wound to the anterior right thigh that exited through the skin of the posterior lateral lower right thigh. VICTIM-1 had cocaine in her system at the time of autopsy.

Both CCTV footage and an MPDC crime camera showed a red van – later determined to be a red Chrysler Pacifica minivan bearing MD registration A355725 – turn from the 1200 block of Meigs Place to the alley that runs between Meigs Place NE and Raum Street NE at approximately 10:42pm. The CCTV footage showed the van proceeding down the alley toward where the decedent was later located, idling for a few minutes, and ultimately exiting the alley onto the 1200 block of Raum Street around 10:48pm. (The alley is T-shaped; the top part of the "T" connects the two parallel streets, Meigs Place and Raum Street; that is, it runs perpendicular to Meigs Place and to Raum Street. The "stem" portion of the "T" runs down the middle of the block, itself parallel to both Meigs Place and Raum Street.)

A privately-owned camera similarly captured the red Chrysler van at around 10:42pm driving onto the 1200 Block of Meigs Place NE and turning into the alley. It showed the red van proceeding down the alley along the top part of the "T" towards Raum Street NE. The reverse lights were then illuminated at the T-intersection and the van backed into the "stem" portion of the "T." Although the red van was then out of view, the headlights were visible for a time and the van appeared to be stopped just out of sight at the T-intersection. The headlights then turned off. This was the general location of where VICTIM-1 was found in the alley. The privately-owned camera recorded the sound of four gunshots around 10:47pm. Around 10:48pm, the red van could be seen making a right out of the T-intersection, traveling through the alley, and turning left onto the 1200 block of Raum Street NE. The red van then travelled west onto Raum Street NE in the direction of Montello Avenue NE. At 10:49pm, the red van was seen traveling south on Montello Avenue, NE with its lights out.

At 10:50pm, the red Chrysler van was captured on an MPD camera at the intersection of West Virginia Avenue NE and Mt. Olivet Road NE traveling north on West Virginia Avenue NE going towards New York Avenue NE.

Anne Arundel Police Response

Also on May 13, 2022, at approximately 11:32pm, officers with the Anne Arundel County Police Department responded to a 911 call for an injured individual at 1643 Baltimore Annapolis Boulevard in Arnold, Maryland.[1]  On scene was a red Chrysler Pacifica minivan bearing MD registration A355725 with the passenger side door open and a large amount of blood inside on the right front passenger side, and multiple shell casings inside on the driver's side. REGINALD EUGENE ENGLISH was on scene and advised he was a passenger in the back seat of the minivan. Anne Arundel Police observed a male on the ground with multiple gunshot wounds, VICTIM-2 (later identified as B.M.), who was transported to hospital.  The 911-caller advised that IT had approached the vehicle and seen VICTIM-2 lying on the ground and that ENGLISH had asked W-4 to call the police.

ENGLISH was very intoxicated.  ENGLISH advised police he was in town to visit his friend, VICTIM-2.  ENGLISH was not willing to say where they were coming from or what plans he and VICTIM-2 had that evening.  ENGLISH advised he was near the area of the Bowie Bay Sox Stadium and the Home Depot in Prince Georges County, Maryland. ENGLISH advised while he and VICTIM-2 were out, he told VICTIM-2 he was ready to go.  ENGLISH advised VICTIM-2 that he needed to meet with someone.  ENGLISH advised that is when he got into the backseat, and another male was picked up at Kenilworth Ave in Prince Georges County, Maryland, and began driving the van as VICTIM-2 was sitting in the front passenger seat. ENGLISH advised he passed out in the back seat due to being intoxicated and woke up to a loud bang. ENGLISH advised that as he sat up, he saw VICTIM-2 bleeding and the other male outside the vehicle, unsure of what he was doing. ENGLISH advised the unknown male walked away. ENGLISH advised he then got into the driver's seat to drive VICTIM-2 to a hospital, but missed two exits, and that is when he ended up here.

VICTIM-2 was unable to answer any questions due to his condition.  Hospital doctors advised that VICTIM-2 had 11 total gunshot wounds: 3 in his upper right arm; 2 in the right side of his chest; 4 in the lower abdomen; 1 in his upper right thigh; and 1 in his upper left thigh.

On May 14, 2022, Anne Arundel Police searched the red Chrysler van pursuant to a warrant.  9mm WIN LUGER+P cartridge casings were located around the driver's seat.  DNA testing showed that VICTIM-1's blood was on the front of the car and that VICTIM-2's DNA was in the car as well.

Interviews with VICTIM-2

On May 16, 2022, Anne Arundel detectives interviewed VICTIM-2 at the hospital. VICTIM-2 believed he was shot in Washington, DC in transit on New York Avenue NE going

---

[1] MPD did not learn of the events involving Anne Arundel Police until May 17, 2022.

toward Maryland.  When law enforcement told VICTIM-2 that ENGLISH called him his little brother, VICTIM-2 advised that he was not related to ENGLISH.  VICTIM-2 did not specifically indicate who shot him.  When asked about the gun, VICTIM-2 advised that the last thing he remembered about the handgun was that the slide was locked back, meaning that the handgun was either jammed or had no remaining live rounds.  VICTIM-2 advised that when the vehicle stopped, he threw himself from the vehicle.

On May 17, 2022, MPD Homicide Detectives interviewed VICTIM-2 at the hospital.  VICTIM-2 explained that he was going from house to house staying with people that would allow him to stay.  VICTIM-2 advised that on May 13, 2022, he was running errands with a cousin.  VICTIM-2 later told law enforcement that he had tequila and that after VICTIM-2 returned home, he had half a dipped PCP cigarette.  VICTIM-2 stated that he then received a call from "the guy," or "Doc," someone he was happy to hear from because "the guy" was recently in rehab.  VICTIM-2 explained that he and "the guy" had known each other for approximately 1-2 months and had become close through talking and hanging out.  VICTIM-2 stated that after informing "the guy" where VICTIM-2 was staying, "the guy" arrived with another male referred to as "Tee."  At the hospital, VICTIM-2 told the detectives that "Tee" and "the guy" were invited inside.  After his release from the hospital, VICTIM-2 told the detectives that "Tee" stayed in the van rather than going inside.

While in the house, VICTIM-2 introduced "Doc" to his roommate, and they had a beer.  VICTIM-2's roommate was not comfortable and went into a room, at which point "the guy" got upset and stated, "Man I don't like this, you got me up in this [person's] house and [IT] don't want us here".  VICTIM-2 advised at that point "the guy" pulled out a gun inside the house.  VICTIM-2 talked to "the guy," calmed him down, and "the guy" put the gun away.  VICTIM-2 later stated that prior to taking the gun out in the house, Doc showed VICTIM-2 the gun outside the residence.  VICTIM-2 recalled the firearm being tucked into Doc's waistband.  VICTIM-2 stated that the firearm looked like a .40 or .45 caliber automatic weapon or big handgun with a silver bottom, black top, and black slide.  VICTIM-2, "the guy", and "Tee" all left the residence and drove toward "Blade" (Bladensburg, MD).

VICTIM-2 stated that when they got to Bladensburg, the group stopped at some of "Tee's" people's house.  "Tee" advised that IT had to be up early in the morning.  According to VICTIM-2, "Tee" allowed "the guy" and VICTIM-2 to take the car out.  At the time, VICTIM-2 believed that the van belonged to Tee.

VICTIM-2 stated that at one point, they picked up VICTIM-1 – whom he knew as "Boobe," or "'the guy's girl" – from Glenarden, Maryland.  VICTIM-2 had met "Boobe and Doc" at the same time, but while "the guy" was in rehab, "the guy" didn't want VICTIM-1 to know where he was.  VICTIM-2 told law enforcement that when "Boobe" got to the van on May 13, she gave VICTIM-2 a hug.  VICTIM-2 recalled that "Doc" noted that "Boobe" had only given him a high five, not a hug.  After picking up VICTIM-1, "the guy" drove to a liquor store where "Boobe" (VICTIM-1) purchased the alcohol, which included beers, wine coolers, and vodka miniatures.  VICTIM-2 advised at this point he, "the guy" and VICTIM-1 were smoking crack and drinking.  VICTIM-2 explained that VICTIM-1 always had good crack.  "It's like when "Boobe" gets there the party starts."

3

VICTIM-2 recalled that "Doc" asked "Boobe" how many times she met up with VICTIM-2 while "Doc" was away. VICTIM-2 stated that "Boobe" stated none, and VICTIM-2 told "Doc" once. VICTIM-2 stated that "Doc" got quiet after he heard the responses.

VICTIMS 1 and 2 and "the guy" begin driving toward D.C. VICTIM-2 did not know where they stopped, stating that he would guess Upper Northwest and describing it as an alley. VICTIM-2 stated that "the guy" and VICTIM-1 were arguing and yelling. VICTIM-2 explained that "the guy" convinced VICTIM-1 to get out of the car. Initially, VICTIM-2 said he was in the rear passenger seat when he heard arguing and multiple gunshots. However, later VICTIM-2 stated that when "Doc" and "Boobe" got out of the car, "Doc" told VICTIM-2 to get into the driver's seat and he was in the driver's seat when "Doc" and "Boobe" were outside the car when he heard 2-3 gunshots that sounded extremely close. VICTIM-2 recalled that he saw "Doc" and "Boobe" go to the rear of the van and VICTIM-2 believed they were on the driver's side. VICTIM-2 stated that the radio was on, and he could not hear what they were saying, just their at times elevated tone. VICTIM-2 said that he heard VICTIM-1 say, "Why did you do this to me?"

VICTIM-2 saw only "Doc" get back into the car quickly and noticed he had a firearm in his hand. VICTIM-2 recalled that he was startled. VICTIM-2 asked "the guy" "why did you shoot her? And you just going to leave her?" Initially, VICTIM-2 stated that "the guy" drove off with a gun in his hand, and while "the guy" was driving he stopped and made VICTIM-2 drive for a short while until switching again. Later, VICTIM-2 stated that he himself was in the driver's seat and that "Doc" jumped into the passenger seat, tucked his gun away, told VICTIM-2 to drive off, and instructed VICTIM-2 where to go and which direction to drive; and that after a short while, "Doc" instructed him to pull over and "Doc" got into the driver's seat and VICTIM-2 got into the rear passenger seat.

VICTIM-2 stated that at some point while "Doc" was driving, he instructed VICTIM-2 to get into the front passenger seat. VICTIM-2 recalled that he did not know where he was being driven by "Doc", but recognized they were headed toward Maryland. Once in the front passenger seat, "the guy" started asking for VICTIM-2's phone and took out the gun while he was driving and pointed it at VICTIM-2. VICTIM-2 recalled that "Doc", while pointing the firearm at him, asked him if he had his phone and repeatedly requested that he hand over his phone. VICTIM-2 recalled that once the firearm was pointed at him, VICTIM-2 was scared and shocked. VICTIM-2 told officers that he attempted to hide his phone thinking "the guy" would take the phone and throw it out the window; VICTIM-2 was reluctant and did not want to give "Doc" the phone. VICTIM-2 recalled that while "Doc" had the gun out, VICTIM-2 contemplated jumping out of the van; however, VICTIM-2 did not feel that he could safely exit the moving van. VICTIM-2 took his phone out and held it in his hand out of "Doc's" reach when the first shot went off. VICTIM-2 stated that he was around New York Avenue NE in D.C., transitioning into Maryland, when "the guy" first shot VICTIM-2.

VICTIM-2 advised that he couldn't believe that "the guy" shot him. VICTIM-2 asked that "the guy" to take him to the hospital, to which "the guy" answered yes. VICTIM-2 stated they drove for what felt like an hour, until he felt the car come to a stop. VICTIM-2 heard and observed "the guy" speaking with W-4. While the vehicle was stopped, VICTIM-2 threw himself out of the

4

passenger seat. VICTIM-2 stated that at some point "the guy" responded back to where VICTIM-2 was and stated, "stay with it just keeping rocking with it." VICTIM-2 stated that he came to and stated "fuck you" to "the guy" before passing out. VICTIM-2 believes this moment happened while W-4 was calling the police.

Homicide Detectives showed VICTIM-2 a photograph of ENGLISH, at which time VICTIM-2 identified the photograph as "Doc" on May 19, 2022. When asked who he was to VICTIM-2, VICTIM-2 replied, "he was supposed to be my brother." When asked "What did he do to you?" VICTIM-2 replied, "He shot me. Reginald Eugene English, 'Doc' and 'the guy' are the same individual."

VICTIM-2 was also shown a photo of the decedent, VICTIM-1, at which time VICTIM-2 identified her as "Boobe" on May 17, 2022. VICTIM-2 was asked, "Was she with you in the car?" VICTIM-2 replied "Yes. We left her in the alley."

Additional Witness Interviews

Anne Arundel Police determined through registration and law enforcement reports that the red Chrysler van belonged to W-5, a relative of ENGLISH's. W-5 told MPD Homicide Detectives ENGLISH was in a rehab facility from April 19 to May 10, 2022. W-5 stated that IT permitted ENGLISH – who W-5 knows to go by "Reggie" or "Doc" – to use the van on May 13, 2022, starting around 2:00pm. When ENGLISH failed to return the van at the expected time, W-5 called and texted ENGLISH. W-5 recalled calling ENGLISH at approximately 8:30pm, at which time ENGLISH told W-5 that he was at the hospital visiting a family member. MPD detectives confirmed that ENGLISH's relative was in the hospital from May 11-May 15, 2022; however, during that period the patient only received one visitor and it was not ENGLISH. W-5 again called ENGLISH between 10:15 and 10:30pm, at which point W-5 recalled hearing the car radio in the background, but no other people. When ENGLISH still did not return the car, W-5 again attempted to contact ENGLISH, but none of the communications were answered. W-5 later provided a screenshot of an unanswered text message to ENGLISH at 10:52 pm, stating, "Wya ? U was supposed to been back ? …" W-5 advised that the number ending in -0347 belonged to ENGLISH. Your affiant knows from law enforcement databased the number ending in -0347 to be registered to ENGLISH.

On May 14, 2022, you affiant spoke to W-1, a family member of VICTIM-1, who advised that VICTIM-1 had been living with W-2 in Glenarden, Maryland. Detectives visited with W-2, who referred to VICTIM-1 as "Boobe." W-2 helped her out at times and provided her a place to stay in her living room in times of need. W-2 advised that IT last saw "Boobe" the prior day on May 13, 2022. While at the Family Dollar, W-2 was getting phone calls from an unknown number ending in -0347 (the number registered to ENGLISH). W-2 believed IT received the calls while at the Family Dollar at or around 5:02pm. (Call detail records show a series of calls between W-2's phone number and -0347 between 6:37pm and 6:42pm, and two additional calls at 6:52pm and 6:58pm, respectively.) When W-2 answered the call from -0347, it was "Boobe" who offered W-2 a ride home. "Boobe" and her on and off again boyfriend, "Doc", picked W-2 up in a red minivan which W-2 believed belonged to "Doc." "Doc" drove W-2 home, all seemed normal in the car, and "Boobe" came into the house. W-2 recalled "Boobe" leaving the apartment that night in the

5

middle of the night, when they were inside the apartment playing cards.

W-3, who was in W-2's apartment at the time, acknowledged also knowing "Boobe." W-3 recalled that the prior night, May 13, "Boobe" used someone's phone and was telling someone on the phone that she was "not f--ing with them anymore." W-3 remembered "Boobe" going into the bedroom as the conversation continued to speak in private.

MPD detectives proceeded to review video footage from a store near W-2's residence, the Tobacco & Convenience Store. VICTIM-1 could be observed walking, alone, a short distance from the direction of W-2's residence around 8:30pm on May 13, 2022. VICTIM-1 could also be seen returning to the store around 9:42pm and appeared to be waiting before walking back toward W-2's residence.

W-6, who had entered W-2's apartment when Detectives were speaking with W-3, approached detectives near the Tobacco & Convenience Store and expressed shock that VICTIM-1 was dead. When asked if W-6 knew a person named "Doc," W-6 stated that he had known "Doc" for years, that he went to "Carrol High School" and was a great basketball player. When shown a photograph of ENGLISH, W-6 identified ENGLISH as "Doc."

ENGLISH was previously convicted in 2016 of Uttering and Obtaining Money Under False Pretenses in Stafford Circuit Court, for which he was sentenced to 1 year and 6 months' imprisonment. Therefore, ENGLISH would have been aware on May 13, 2022 that he had a prior conviction for a crime punishable by more than one year.

There are no ammunition manufacturers in the District of Columbia. Therefore, the ammunition in this case would have traveled in interstate commerce prior to being recovered in the District of Columbia.

Based on the foregoing, your affiant submits that there is probable cause to believe that on or about May 13, 2022, ENGLISH violated 18 U.S.C. § 1201(a)(1) (Kidnapping), by knowingly and willfully kidnapping, seizing, confining, and carrying away the victim, B.M. and doing so with the intent to secure a reward or other benefit; and that B.M. was willfully transported in interstate commerce while being kidnapped, seized, confined, and carried away.

Your affiant submits that there is probable cause to believe that on May 13, 2022, ENGLISH violated 18 U.S.C. § 922(g)(1), which makes it a crime for a person who has been convicted in a court of a crime punishable by imprisonment for a term exceeding one year to possess ammunition in and affecting commerce and receive ammunition which has been shipped or transported in interstate commerce.

Your affiant further submits that there is probable cause to believe that on May 13, 2022, ENGLISH violated D.C. Code §§ 22-2103, -4502 (Second-Degree Murder While Armed), by causing the death of the decedent, Christine Chase; that at the time the defendant did so, the defendant had the specific intent to kill or seriously injure Christine Chase or acted in conscious disregard of an extreme risk of death or serious bodily injury to Christine Chase; and, that at the time of the offense the defendant was armed with a firearm.



_____
DETECTIVE ALEXANDER VOGEL
METROPOLITAN POLICE DEPARMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 10th day of March, 2023.*

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE